DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PETER SPOREA,**
Appellant,

v.

**BROWARD COUNTY CLERK OF COURTS,**
Appellee.

No. 4D20-2087

[October 21, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. 20-013268 (AW).

Peter Sporea, Coral Springs, pro se.

Alison Churly-Davis, General Counsel, and Sarah Carmen Prieto, Administrative Staff Attorney, Broward County Clerk of Courts, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE, and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***